BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant NED ROSCOE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00373 RMW |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING HEARING |
| vs. ) | |
| ) | |
| NED ROSCOE and ) | |
| JOHN ROSCOE, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## STIPULATION

The parties, by and through their respective counsel, hereby stipulate and agree that the status hearing currently set for Monday, October 22, 2007 may be continued to Monday, December 10, 2007 at 9:00 a.m.  The reason for the requested continuance is to permit the defense to obtain crucial discovery from the government.  The indictment charges that both defendants committed and conspired to commit bank fraud in violation of Title 18, United States Code Section 1344(2), based upon alleged misstatements in reports of inventory.  The defense has to date received only two of the five reports of inventory that constitute the corpus of Counts 2 through 6.  The parties have met and conferred as to the defense discovery requests and await further information from the FBI.  In addition, scheduling conflicts for counsel for the

Stipulation and [Proposed] Order Continuing
Hearing                                                                1

1  government and defense necessitate prevent setting a hearing date sooner than December 10,
2  2007.
3     The parties further stipulate and agree that 49 days may be excluded from the time within
4  which trial shall commence, as reasonable time necessary to effective preparation, taking into
5  account the exercise of due diligence, pursuant to Title 18, United States Code Section
6  3161(h)(8)(A) and (h)(8)(B)(iv).

Dated: October 18, 2007

s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender
Counsel for Ned Roscoe

Dated: October 18, 2007

s/_____
Peter A. Leeming, Esq.
Counsel for John Roscoe

Dated: October 19, 2007

s/_____
CARLOS SINGH
Assistant United States Attorney
Counsel for the United States

**[PROPOSED] ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing of Monday, October 22, 2007 shall be continued to Monday, December 10, 2007 at 9:00 a.m., and that the defendants are excused from personally appearing on that date.

It is further ordered that 49 days shall be excluded from the time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, as well as for continuity of counsel, pursuant to Title 18, United States Code Section 3161(h)(8)(A) and (h)(8)(B)(iv).

Dated: October ___, 2007

_____
RONALD M. WHYTE
United States District Judge