1  Peter A. Leeming SBN 119124
   Law Offices of Peter A. Leeming
2  108 Locust Street, Suite 7
   Santa Cruz, CA 95060
3
   Telephone (831) 425-8000
4
   Attorney for defendant JOHN ROSCOE
5

6

7

8            **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11

12

13  UNITED STATES OF AMERICA,        )   No. CR 07-00373 RMW [PVT]
                                     )
14            Plaintiff,             )   **DEFENDANT JOHN ROSCOES' EX**
                                     )   **PARTE REQUEST FOR ORDER**
15      vs.                          )   **APPROVING TRAVEL; PROPOSED**
                                     )   **ORDER**
16  JOHN ROSCOE,                     )
                                     )
17                                   )   **Hon. Patricia V. Trumbull**
                                     )
           Defendants               )
18                                   )
   _____   )
19

20        I, Peter A. Leeming, declare as follows:

21        1.    I am the appointed attorney for defendant in the above action.  This

22  request seeks a temporary modification of the conditions of Mr. John Roscoe's

23  release to allow him to travel to Minneapolis, Minnesota from Monday, October 29,

24  2007 to Thursday, November 1, 2007 for business purposes.

25

DEFN. J. ROSCOE'EX PARTE REQUEST FOR ORDER APPROVING TRAVEL- 1

1

2.     I have discussed this request with AUSA Carlos Singh and he does not

2

object.  Mr. Roscoe is in full compliance with the terms of his pretrial release.

3

3.     Mr. John Roscoe therefore respectfully requests that this Court approve

4

his request to travel to Minneapolis, Minnesota from Monday, October 29, 2007 to

5

Thursday, November 1, 2007.

6

I declare under penalty of perjury that the foregoing is true and correct, to the

7

best of my knowledge and belief.  Executed on October 26, 2007, at Santa Cruz, CA.

8

/s/

9

PETER A. LEEMING

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DEFN. J. ROSCOE'EX PARTE REQUEST FOR ORDER APPROVING TRAVEL- 2

1

2 **IN THE UNITED STATES DISTRICT COURT**

3 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

4

5

6

7 UNITED STATES OF AMERICA,    ) No. CR 07-00373 RMW [PVT]
                               )
8         Plaintiff,           ) **[PROPOSED] ORDER APPROVING**
                               ) **TRAVEL REQUEST**
9      vs.                     )
                               )
10 JOHN ROSCOE,                )
                               )
11        Defendant            )
                               )
12                             )
                               )
13 _____

14                    **ORDER**

15     GOOD CAUSE APPEARING, it is hereby ordered that Mr. John Roscoe shall

16 be permitted to travel to and from Minneapolis, Minnesota from Monday, October

17 29, 2007 to Thursday, November 1, 2007.

18     IT IS SO ORDERED.

19

20

    Dated:_____              _____
21
                                   U. S. Magistrate Judge
22

23

24

25

DEFN. J. ROSCOE'EX PARTE REQUEST FOR ORDER APPROVING TRAVEL– 3