IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED OCT 29 2007

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JOHN ROSCOE,<br><br>  Defendant | No. CR 07-00373 RMW [PVT]<br><br>[PROPOSED] ORDER APPROVING TRAVEL REQUEST |

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that Mr. John Roscoe shall be permitted to travel to and from Minneapolis, Minnesota from Monday, October 29, 2007 to Thursday, November 1, 2007.

IT IS SO ORDERED.

Dated: 10/29/07

Patricia V. Trumbull

U. S. Magistrate Judge

DEFN. J. ROSCOE'EX PARTE REQUEST FOR ORDER APPROVING TRAVEL- 3