1  Peter A. Leeming SBN 119124
   Law Offices of Peter A. Leeming
2  108 Locust Street, Suite 7
   Santa Cruz, CA 95060
3
   Telephone (831) 425-8000
4
   Attorney for defendant JOHN ROSCOE
5

6

7           IN THE UNITED STATES DISTRICT COURT

8         FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

| UNITED STATES OF AMERICA, | ) No. CR 07-00373 RMW [PVT] |
|---|---|
| Plaintiff, | ) **DEFENDANT JOHN ROSCOES'** *EX PARTE* **MOTION FOR MODIFICATION OF RELEASE CONDITION TO PERMIT TRAVEL THROUGHOUT CONTINENTAL UNITED STATES; DECLARATION OF COUNSEL; PROPOSED ORDER** |
| vs. | |
| JOHN ROSCOE, et al, | |
| Defendants | |
| | ) **Hon. Patricia V. Trumbull** |

Defendant John Roscoe hereby seeks a modification of his release conditions to permit him to travel throughout the continental United States for business reasons. This application is based on the attached Declaration of Counsel and is unopposed by the government.

Dated: December 18, 2007           Respectfully Submitted


                                   Peter A. Leeming
                                   Attorney for Defendant, John Roscoe



DEFN. J. ROSCOE'EX PARTE MTN FOR MOD. OF RELEASE CONDS. – 1

Peter A. Leeming SBN 119124
Law Offices of Peter A. Leeming
108 Locust Street, Suite 7
Santa Cruz, CA 95060

Telephone (831) 425-8000

Attorney for defendant JOHN ROSCOE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00373 RMW [PVT] |
| Plaintiff, | **DECLARATION OF COUNSEL IN SUPPORT OF *EX PARTE* MOTION FOR MODIFICATION OF RELEASE CONDITION TO PERMIT TRAVEL THROUGHOUT CONTINENTAL UNITED STATES** |
| vs. | |
| JOHN ROSCOE, et al, | |
| Defendants | **Hon. Patricia V. Trumbull** |

I, Peter A. Leeming, declare as follows:

1. I am the appointed attorney for defendant in the above action. This request seeks a modification of the conditions of Mr. John Roscoe's release to allow him to travel throughout the continental United States for business purposes.

2. Mr. Roscoe works for a company called Cousins, Inc. I am informed and believe that this company does business in 30 states. Mr. Roscoe has on various occasions needed to travel to different store locations to assist in the operation of this business. Mr. Roscoe may need to travel to Idaho and other locations in the next few

DEFN. J. ROSCOE'EX PARTE MTN FOR MOD. OF RELEASE CONDS. – 2

1  weeks, and is expected to continue to need to travel as this case proceeds.  Mr.
2  Roscoe therefore requests that the conditions of his pretrial release be modified to
3  permit him to travel throughout the continental United States.
4      3.    I have discussed this request with AUSA Carlos Singh and he does not
5  object, provided that Mr. Roscoe notifies pretrial release of his travel intentions in
6  advance.  Mr. Roscoe is in full compliance with the terms of his pretrial release.
7      I declare under penalty of perjury that the foregoing is true and correct, to the
8  best of my knowledge and belief.  Executed on December 18, 2007, at Santa Cruz,
9  CA.

                        /s/
                  PETER A. LEEMING

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>JOHN ROSCOE,<br><br>        Defendant | ) No. CR 07-00373 RMW [PVT]<br>)<br>) **[PROPOSED] ORDER MODIFYING**<br>) **CONDITIONS OF RELEASE TO**<br>) **ALLOW TRAVEL THROUGHOUT**<br>) **CONTINENTAL UNITED STATES**<br>)<br>)<br>)<br>)<br>) |

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that Mr. Mr. John Roscoe's conditions of release are modified to permit travel throughout the continental United States, subject to the approval of the United States Pretrial Services.

IT IS SO ORDERED.


Dated:_____           _____
                                                    U. S. Magistrate Judge




DEFN. J. ROSCOE'EX PARTE MTN FOR MOD. OF RELEASE CONDS. – 4