IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JOHN ROSCOE,<br><br>  Defendant | No. CR 07-00373 RMW [PVT]<br><br>[PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE TO ALLOW TRAVEL THROUGHOUT CONTINENTAL UNITED STATES |

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that Mr. Mr. John Roscoe's conditions of release are modified to permit travel throughout the continental United States, subject to the approval of the United States Pretrial Services.

IT IS SO ORDERED.

Dated: 12/20/07

_____
U. S. Magistrate Judge

DEFN. J. ROSCOE'EX PARTE MTN FOR MOD. OF RELEASE CONDS. - 4