1  JOSEPH P. RUSSONIELLO  (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  CARLOS SINGH (PASBN 50581)
   Assistant United States Attorney
5
   Attorney for Plaintiff
6  United States of America

7    150 Almaden Blvd., Suite 900
     San Jose, California  95113
8    Telephone: (408)  535-5065
     Fax: (408) 535-5066
9    E-Mail: carlos.singh@usdoj.gov

10

                    IN THE UNITED STATES DISTRICT COURT
11
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
12

13
   UNITED STATES OF AMERICA,        )    No. CR 07-00373-RMW
14                                   )
              Plaintiff,             )
15                                   )    [Proposed]
          v.                         )    ORDER REFLECTING CONTINUANCE
16                                   )    OF STATUS HEARING TO
   NED ROSCOE, and                   )    JANUARY 28, 2008 AND FINDING
17 JOHN ROSCOE,                      )    OF EXCLUSION OF TIME
                                     )
18            Defendants.            )
                                     )
19 _____   )

20        The Court held a status hearing on December 10, 2007.  The government reported that it

21 was in the process of responding to further defense discovery requests.  The parties noted that the

22 case involved some complex financial transactions.  The court, upon request of the parties,

23 declared the case complex.  Counsel for John Roscoe reported that he would be unavailable in

24 early January 2008 for a follow up status.  The status hearing was continued to January 28, 2008

   at 9:00a.m.

25        The time between December 10, 2007 and January 28, 2008, as agreed to by the parties,

26 was excluded to permit the government to respond to outstanding discovery requests, for

27 effective defense preparation, continuity of counsel, complexity and that the ends of justice

28

[Proposed] ORDER
[CR 07-00373-RMW]

1  served by granting the continuance outweigh the best interests of the public and the defendants in

2  a speedy trial.  18 U.S.C. §§ 3161(h)(8)(A) and (B).

3

4  **SO ORDERED.**

5

6  DATED:                              _____

7                                      RONALD M. WHYTE
                                       United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28