1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  CARLOS SINGH (PASBN 50581)
   Assistant United States Attorney
5
   Attorney for Plaintiff
6  United States of America

7  150 Almaden Blvd., Suite 900
   San Jose, California 95113
8  Telephone: (408) 535-5065
   Fax: (408) 535-5066
9  E-Mail: carlos.singh@usdoj.gov            *E-FILED - 1/17/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 07-00373-RMW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [] ORDER REFLECTING CONTINUANCE OF STATUS HEARING TO JANUARY 28, 2008 AND FINDING OF EXCLUSION OF TIME |
| NED ROSCOE, and JOHN ROSCOE, | ) | |
| Defendants. | ) | |

The Court held a status hearing on December 10, 2007. The government reported that it was in the process of responding to further defense discovery requests. The parties noted that the case involved some complex financial transactions. The court, upon request of the parties, declared the case complex. Counsel for John Roscoe reported that he would be unavailable in early January 2008 for a follow up status. The status hearing was continued to January 28, 2008 at 9:00a.m.

The time between December 10, 2007 and January 28, 2008, as agreed to by the parties, was excluded to permit the government to respond to outstanding discovery requests, for effective defense preparation, continuity of counsel, complexity and that the ends of justice

[] ORDER
[CR 07-00373-RMW]

1  served by granting the continuance outweigh the best interests of the public and the defendants in
2  a speedy trial.  18 U.S.C. §§ 3161(h)(8)(A) and (B).
3
4  **SO ORDERED.**
5
6  DATED: 1/17/08                    _Ronald M. Whyte_____
7                                     RONALD M. WHYTE
                                      United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[] ORDER
[CR 07-00373-RMW]                              2