BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant NED ROSCOE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>NED ROSCOE and JOHN ROSCOE<br><br>               Defendants. | No. CR-07-00373 RMW<br><br>STIPULATION AND [PROPOSED] ORDER EXCUSING DEFENDANTS FROM APPEARANCE AT HEARING |

**STIPULATION**

The parties hereby stipulate and agree that hereby stipulate, by and through undersigned counsel, that defendants Ned and John Roscoe may be excused from personally appearing at the status hearing of Monday, January 28, 2008.  The undersigned believe that the status hearing will address discovery issues not otherwise requiring the defendants' personal presence or participation.

Dated: January 24, 2008

                                          s/_____
                                          CYNTHIA C. LIE
                                          Assistant Federal Public Defender
                                          Counsel for Ned Roscoe

1 | Dated: January 25, 2008

                                                s/_____
CARLOS SINGH
Assistant United States Attorney
Counsel for the United States

### [PROPOSED] ORDER

By stipulation of the parties, it is hereby ordered that defendants are excused from appearing personally at the status hearing of January 28, 2008.

Dated: January \_\_\_, 2008

                                                _____
RONALD M. WHYTE
United States District Judge