JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5079
   Facsimile:  (408) 535-5066
   Email: Eumi.Choi@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00373 RMW |
| ) | |
|    Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER TO CONTINUE STATUS |
| v. ) | HEARING AND TO EXCLUDE TIME |
| ) | FROM APRIL 7, 2008 to MAY 5, 2008 |
| NED ROSCOE, and ) | FROM THE SPEEDY TRIAL ACT |
| JOHN ROSCOE, ) | CALCULATION (18 U.S.C. § |
| ) | 3161(h)(8)(A),(B)) |
|    Defendants. ) | |

     On April 7, 2008, the parties appeared for a hearing before the Court for a status hearing.
At that time, the Court granted the motion of counsel for defendant Ned Roscoe to be removed
from the case due to a conflict of interest, and appointed Mark Eibert, Esq., as new counsel.
Based upon the request of the parties, the Court set the matter for a status hearing on May 5,
2008 to allow for newly appointed counsel's preparation and review of the discovery in this case.
The government and counsel for both defendants thus stipulated to an exclusion of time under
the Speedy Trial Act to allow counsel reasonable time for effective preparation.

     The United States hereby submits this written request for an order finding that said time
is excluded under the Speedy Trial Act, 18  U.S.C. § 3161, in that the ends of justice are served

1   by taking such action and outweigh the best interests of the public and defendants in a speedy

2    trial.  18 U.S.C. § 3161(h)(8)(A).   Further, the failure to grant such a continuance would

3   unreasonably deny counsel for defendant Ned Roscoe the reasonable time necessary for effective

4   preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).

5

6   DATED: April 8, 2008                    JOSEPH P. RUSSONIELLO
                                            United States Attorney
7

8                                           _____/s/_____
                                            EUMI L. CHOI
9                                           Assistant United States Attorney

10

11                                          _____/s/_____
                                            MARK EIBERT
12                                          Attorney for Defendant Ned Roscoe

13                                          _____/s/_____
                                            PETER LEEMING
14                                          Attorney for Defendant John Roscoe

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **ORDER**

2      Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

3  ORDERS that the time between April 7, 2008 and May 5, 2008 is excluded under the Speedy

4  Trial Act, 18 U.S.C. § 3161.  The Court finds that the ends of justice are served by taking such

5  action and outweigh the best interests of the public and defendants in a speedy trial.  18 U.S.C. §

6  3161(h)(8)(A).   Further, the failure to grant such a continuance would unreasonably deny

7  counsel for defendants and the Government the reasonable time necessary for effective

8  preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).

9  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §

10  3161(h)(8)(A) and (B)(iv).

11

12  IT IS SO ORDERED.

13

14  DATED: _____      _____

15                                          RONALD M. WHYTE
                                         UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28