1 | Peter A. Leeming, SBN 119124
2 | 108 Locust Street, Suite 7
  | Santa Cruz CA 95060
3 | Telephone (831) 425-8000
4 | Attorney for: Defendant, JOHN ROSCOE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 07-373 |
|---|---|
| Plaintiff, | ) JOINT STIPULATION AND |
| | ) [PROPOSED] ORDER RESETTING |
| vs. | ) STATUS CONFERENCE DATE |
| JOHN ROSCOE, et al, | ) |
| Defendants | ) |

The United States of America, by Eumi Choi, Assistant United States Attorney, defendant John Roscoe, by and through his attorney Peter A. Leeming, and defendant Ned Roscoe, by and through his attorney Mark Eibert, hereby enter into this joint stipulation.

The parties stipulate, and ask the Court to adopt as its FINDINGS that:

1.   This matter involves allegations of bank fraud extending over several years. The government has charged that the defendants misstated the value of inventory in their approximately 1,000 small stores and by doing so obtained credit exceeding an amount approved by the lender.  The case is complex and it is expected that discovery will be voluminous.

2.   Counsel for the government and counsel for defendant Ned Roscoe have both become attorney of record fairly recently. At the last status conference hearing, counsel for all parties agreed to meet and confer on outstanding discovery issues.   In addition, it has become apparent that it will be necessary to arrange a collective meeting where all counsel can inspect material in the possession of the FBI.  However, Counsel for Ned Roscoe has not been able to participate in such a conference because he has had to file several opening briefs in the Ninth Circuit.

3.   All counsel agree that review of the documentary evidence in the possession of the FBI is necessary before deciding how this case should proceed.

4.   The parties therefore agree to and request that the Court Order that:

    1.    The current hearing date of May 5, 2008 be vacated, and a new date of June 9, 2008, at 9:00 AM be set for status.

    2.    That the time between May 5, 2008 and June 9, 2008 be excluded as an exclusion of time is appropriate and necessary under Title 18, United States Code, Section 3161(h)(8), and because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED

Dated: May 1, 2008    By:_____/s/_____
                                   EUMI CHOI, Assistant United States Attorney

Dated: May 1, 2008    By:_____/S/_____
                                   PETER A. LEEMING, attorney for defendant John Roscoe

Dated: May 1, 2008    By:_____/S/_____
                                   MARK EIBERT, attorney for defendant Ned Roscoe

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    )  No. CR 07-373
                             )
        Plaintiff,           )  [PROPOSED]ORDER VACATING
                             )  STATUS CONFERENCE DATE AND
     vs.                     )  SETTING NEW DATE
                             )
                             )
JOHN ROSCOE, et al,          )
                             )
                             )
        Defendants           )
_____)
```

### ORDER

For the reasons stated in the above Stipulation, the Court orders that that the currently set motion hearing date of May 5, 2008 is VACATED, and that the case is set for hearing on any motions on June 9 2008, at 9:00 AM for the reasons set forth above.

IT IS SO ORDERED.

Dated:_____                    _____
                                     U. S. Judge