JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5079
   Facsimile:  (408) 535-5066
   Email: Eumi.Choi@usdoj.gov

***E-FILED - 7/24/08***

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00373 RMW |
| Plaintiff, | STIPULATION AND [] ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME FROM JUNE 30, 2008 THROUGH AUGUST 25, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A),(B)) |
| v. | |
| NED ROSCOE, and JOHN ROSCOE, | |
| Defendants. | |

On June 30, 2008, the parties appeared for a hearing before the Court for a status hearing and superseding arraignment. The defendants each pleaded not guilty to the charges contained in the superseding indictment, and further requested that the Court set the matter for another status hearing on August 25, 2008, on the asserted bases that they intend to make further discovery requests in this case, and because the case is complex.  The government and counsel for both defendants thus stipulated to an exclusion of time under the Speedy Trial Act.

The United States hereby submits this written request for an order finding that said time is excluded under the Speedy Trial Act, 18  U.S.C. § 3161, in that the ends of justice are served by taking such action and outweigh the best  interests of the public and defendants in a speedy

trial. 18 U.S.C. § 3161(h)(8)(A). Further, the case has been deemed complex under 18 U,S.C. § 3161(h)(8)(B)(ii).

DATED: July 1, 2008          JOSEPH P. RUSSONIELLO
                             United States Attorney


                             _____/S/_____
                             EUMI L. CHOI
                             Assistant United States Attorney


                             _____/S/_____
                             MARK EIBERT
                             For Defendant NED ROSCOE


                             _____/S/_____
                             PETER LEEMING
                             For Defendant JOHN ROSCOE

## **ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between June 30, 2008 through August 25, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). Moreover, the case has been deemed complex under 18 U,S.C. § 3161(h)(8)(B)(ii). The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(ii).

IT IS SO ORDERED.

DATED:    7/24/08                    _Ronald M. Whyte_____
                                     RONALD M. WHYTE
                                     UNITED STATES DISTRICT JUDGE