1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  DANIEL R. KALEBA (CABN 223789)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5061
7      FAX: (408) 535-5066
       daniel.kaleba@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 07-00373 RMW |
| Plaintiff, | STIPULATION AND [] ORDER CONTINUING FORM 12 HEARING FROM OCTOBER 17, 2013 TO NOVEMBER 7, 2013 |
| v. | |
| JOHN ROSCOE, | |
| Defendant. | |

The defendant, JOHN ROSCOE, represented by Peter Leeming, Esquire, and the government, represented by Daniel Kaleba, Assistant United States Attorney, jointly stipulate and request that the revocation hearing scheduled for October 17, 2013 at 1:30 p.m. be continued to November 7, 2013 at 1:30 p.m. Good cause exists for the continuance. On October 15, 2013, counsel for Mr. Roscoe, produced to the United States Probation Office and the U.S. Attorney copies of his personal the 2012 federal, California, and Idaho income tax returns. These returns are voluminous, and the Probation Officers, through the undersigned, request additional time to review these materials prior to the revocation hearing.

//

1  Therefore, the parties jointly stipulate and request that the revocation hearing be continued to
2  November 7, 2013 at 1:30 p.m.

4  DATED: October 15, 2013    /s/
                               DANIEL KALEBA
5                              Assistant United States Attorney

7  DATED: October 15, 2013    /s/
                               PETER LEEMING
8                              Counsel to John Roscoe

10  Based upon the representation of counsel and for good cause shown, the Court continues the
11  revocation hearing from October 17, 2013 at 1:30 p.m. to November 7, 2013 at 1:30 p.m.

14  DATED: _____    *Ronald M. Whyte*
                                HON. RONALD M. WHYTE
15                              United States District Judge

STIP. AND [] ORDER
Case No. CR 07-00373 RMW